**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STARR GEIGER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TARTER KRINSKY & DROGIN LLP**,<br><br>Defendant. | Case No. 1:26-cv-05667<br><br>**CLASS ACTION** |
| **MICHAEL PIZA,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TARTER KRINSKY & DROGIN LLP**,<br><br>Defendant. | Case No. 1:26-cv-05980<br><br>**CLASS ACTION** |

**ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND TO APPOINT INTERIM LEAD COUNSEL**

THIS MATTER, comes before the Court by the Plaintiffs in the above-captioned cases by their Motion, seeking to (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the title *Geiger v. Tarter Krinsky & Drogin LLP*, No. 1:26-cv-05667 and (2) appoint Courtney Maccarone of Kopelowitz Ostrow P.A. as Interim Lead Counsel, pursuant to Fed. R. Civ. P. 23(g)(3). Accordingly, the Court, having read the papers and for good cause shown, exercises its discretion pursuant to Federal Rule of Civil Procedure 42(a)(2) to consolidate these action and appoint Interim Lead Counsel.

**IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. The following cases are hereby consolidated:

   A. *Geiger v. Tarter Krinsky & Drogin LLP*, No. 1:26-cv-05667 (filed on July 2, 2026, by the law firms of Kopelowitz Ostrow P.A. and Milberg PLLC); and

   B. *Piza v. Tarter Krinsky & Drogin LLP*, No. 1:26-cv-05980 (filed on July 15, 2026, by the law firms of Milberg PLLC and Strauss Borrelli PLLC)

(collectively, the "Related Actions") under the new title: "*In re Tarter Krinsky & Drogin LLP Data Privacy Incident*" pursuant to Fed. R. Civ. P. 42(a) (the "Consolidated Action").

2. The Clerk of Court is DIRECTED to administratively close *Piza v. Tarter Krinsky & Drogin LLP*, No. 1:26-cv-05980. The Clerk of Court is FURTHER DIRECTED to terminate the pending motion at docket entry 8 in Case No. 26 Civ. 5667.

3. All papers filed in the Consolidated Action shall be filed under the lead case number 1:26-cv-05667, the number assigned to the first-filed case, *Geiger*, and shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Tarter Krinsky & Drogin LLP Data Privacy Incident* | Master File No. 1:26-cv-05667 |

4. The case file for the Consolidated Action will be maintained under Master File No. 1:26-cv-05667.

5. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

6. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Courtney Maccarone of Kopelowitz Ostrow P.A. as Interim Lead Counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action, with the responsibilities set forth below:

- Establish and maintain a depository for orders, pleadings, hearing transcripts, and all documents served upon plaintiffs' counsel, and make such papers available to plaintiffs' counsel upon reasonable request;
- Coordinate the initiation and conduct of discovery on behalf of all plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this Court;
- Designate counsel to schedule depositions, set agendas and otherwise interact with defense counsel, various plaintiffs' counsel, and the settlement master (if one is appointed);
- Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;
- Conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;
- Delegate specific tasks to other counsel in a matter to ensure that pretrial preparation for the plaintiffs is conducted effectively, efficiently, and economically;
- Enter into stipulations, with opposing counsel, necessary for the conduct of the litigation;
- Prepare and distribute periodic status reports to the parties;
- Maintain adequate time and disbursement records covering service of designated counsel and enforce guidelines approved by the Court as to the keeping of time records and expenses;
- Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;
- Perform such other duties as may be incidental to proper coordination of the plaintiffs' pretrial activities or authorized by further order of the Court; and
- Submit, if appropriate, suggestions for establishing additional committees and counsel for designation by the Court.

8. Any additional plaintiffs' counsel will do all work in this litigation only at the direction of Interim Lead Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Lead Counsel and no other Plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Lead Counsel.

9. Interim Lead Counsel shall have sole authority to communicate with Defendant's counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendant's counsel may rely on all agreements made with Interim Lead Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

10. Interim Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Lead Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

11. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within 30 days of this Order.

12. This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

SO ORDERED.

Dated: July 21, 2026

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE