GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

**BRIAN MIDDLEBROOK**
bmiddlebrook@grsm.com

One Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

**MEMO ENDORSED**

August 7, 2026

**BY ECF**
Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:** *Tarter Krinsky & Drogin LLP Data Privacy Incident*
Case No.: 1:26-cv-05667

Dear Judge Polk Failla:

We write on behalf of defendant Tarter Krinsky & Drogin LLP ("TKD"). Your Honor's Order Granting Plaintiffs' Motion to Consolidate Cases and to Appoint Interim Lead Counsel does not expressly address whether TKD's responsive pleading deadlines for the originally filed Complaints are still in effect. Out of an abundance of caution, therefore, TKD respectfully requests that this Court stay the responsive pleading deadlines for the Complaints filed, respectively, on July 2, 2026 (*Starr Geiger*), and July 17, 2026 (*Piza*).

All Plaintiffs consent to this request. This is TKD's first request for a stay. TKD requests the stay in order to: (1) align its time to respond to the Complaints with the Consolidated Class Action Complaint, which TKD submits will conserve the Court's and the parties' resources; and (2) investigate and respond to the allegations in the Complaints.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

***/s/ Brian Middlebrook***

Brian Middlebrook, Esq.

cc: All counsel of record (via ECF)

Application GRANTED. Defendants' deadline to respond to the originally filed complaints (but not the forthcoming consolidated class action complaint) is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated: August 10, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE